# **EXHIBIT C**

RECEIVED 1/20/21 0:42 PM
2020-DCL-05830 / 49880302
LAURA PEREZ-REYES
Cameron County District Clerk
By Vilma Garcia Deputy Clerk

CAUSE NO.: 2020-DCL-05830

| | | |
|---|---|---|
| SANTIAGO ESEQUIEL CASTILLO | § § § | IN THE <u>445TH</u> JUDICIAL DISTRICT |
| VS. | § § § § | COURT OF |
| AARON'S, L.L.C. AND JAMES M. DAY, JR. | § | CAMERON COUNTY, TEXAS |

<u>ORDER SETTING TELEPHONIC DOCKET CONTROL CONFERENCE</u>

On this the _____ day of _____, 2021, Plaintiff's Motion for Telephonic Docket Control Conference, having been presented to the Court, and the Court being of the opinion that same should be granted;

It is therefore ORDERED that a Telephonic Docket Control Conference be held on the **12th** day of **February**, 2021, at **11:00** o'clock **a**.m.

Signed this **25th** day of **January**, 2021.

FOR HEARINGS ONLY

_____
JUDGE PRESIDING

FILED
2020-DCL-05830
January 25, 2021        4:11 pm
**LAURA PEREZ-REYES**
CAMERON COUNTY DISTRICT CLERK
BY: Garcia, Vilma

01/25/2021

cc:   Michael J. Cisneros; email@cisneroslawfirm.com
       Maryalyce W. Cox; maryalycecox@mehaffyweber.com

   James M Day Jr (Copy Mailed)