# **<u>EXHIBIT D</u>**

## Case Information

2020-DCL-05830 | Santiago Esequiel Castillo vs. Aaron's Inc. and James M. Day, Jr.

| Case Number | Court | Judicial Officer |
|---|---|---|
| 2020-DCL-05830 | 445th District Court | Rincones, Gloria M |
| File Date | Case Type | Case Status |
| 11/24/2020 | Other Injury or Damage | Pending |

## Party

| Plaintiff | Active Attorneys ▾ |
|---|---|
| Castillo, Santiago Esequiel | Lead Attorney<br>CISNEROS, MICHAEL J.<br>Retained |

| Defendant | Active Attorneys ▾ |
|---|---|
| Aaron's Inc.<br><br>Address<br>Serving its Registered Agent Corporation Service Company<br>d/b/a CSC-Lawyers Incorporating Service Company<br>211 East 7th Street, Suite 620<br>Austin TX 78701-3218 | Lead Attorney<br>Cox, Maryalyce W<br>Retained |

Defendant
Day, James M., Jr.

Address
511 West French Place
San Antonio TX 78212-3653

## Events and Hearings

11/24/2020 Original Petition (OCA) ▾

Comment
Plaintiff's Original Petition

11/24/2020 Efiled Original Petition Document ▾

Plaintiff's Original Petition

Comment
Plaintiff's Original Petition

11/24/2020 Jury Fee Paid (OCA)

11/25/2020 Citation Issued ▾

E-Sig - Citation - Personal Service

Comment
Citations emailed to email@cisneroslawfirm.com as requested on efile. sa

11/25/2020 Citation Issued ▾

E-Sig - Citation - Personal Service

Comment
Citations emailed to email@cisneroslawfirm.com as requested on efile. sa

11/25/2020 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/25/2020 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

**12/14/2020 Original Answer** ▾

Comment
Defendant Aaron's, LLC's Original Answer to Plaintiffs' Original Petition

**01/20/2021 Amended Petition** ▾

Plaintiff's First Amended Original Petition

Comment
Plaintiff's First Amended Original Petition

**01/20/2021 Motion** ▾

Plaintiff's Motion for Telephonic Docket Control Conference

Comment
Plaintiff's Motion for Telephonic Docket Control Conference

**01/25/2021 Docket Control Order** ▾

Order Setting Telephonic Docket Control Conference

| Judicial Officer | Comment |
|---|---|
| Rincones, Gloria M | Order Setting Telephonic Docket Control Conference |

**02/12/2021 Docket Control Conference (telephonic)** ▾

Judicial Officer
Rincones, Gloria M

Hearing Time
11:00 AM

Result
Held

**02/12/2021 Journal Entry** ▾

Comment
All sides appeared telephonicaly for DCC hearing; Janie for Plaintiff and Mary Alyce Cox For
Defendent/Respondent; Trial Set for October 18, 2021 at 8:30 a.m.. with Announcements on October
14, 2021 at 8:30 a.m.; Discovery Deadlines As Per The Rules; Medication Mandatory 30 Days Before
Trial; All Dispositive Motions To Be Filed No Later Than 45 Days Before Trial; Order To Be Submitted
Within 10 Days. GMR/mlg

**10/14/2021 Announcement** ▾

Judicial Officer
Rincones, Gloria M

Hearing Time
8:30 AM

Comment
Trial 10/18/2021

10/18/2021 Jury Trial ▾

Judicial Officer
Rincones, Gloria M

Hearing Time
8:30 AM

## Financial

Castillo, Santiago Esequiel

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $363.00 |
| | Total Payments and Credits | | | $363.00 |
| 11/25/2020 | Transaction Assessment | | | $363.00 |
| 11/25/2020 | E-File Electronic Payment | Receipt # 2020-22053 | Castillo, Santiago Esequiel | ($363.00) |

## Documents

Plaintiff's Original Petition

E-Sig - Citation - Personal Service

E-Sig - Citation - Personal Service

Plaintiff's First Amended Original Petition

Plaintiff's Motion for Telephonic Docket Control Conference

Order Setting Telephonic Docket Control Conference