# **EXHIBIT E**

INDEX OF MATTERS BEING FILED

1. Notice of Removal - *Santiago Esequiel Castillo vs. Aaron's, Inc. and James M. Day*, Jr. Cause No. 2020-DCL-05830-I; currently pending in the 445TH District Court of Cameron County, Texas